IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| SHERI FARNHAM, as the Guardian and/or Conservator for KATHLEEN FARNHAM, an incapacitated person,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; NATIONSTAR MORTGAGE, LLC; MUGHTOWNE PROPERTY CO.; and FIRST AMERICAN TITLE COMPANY, LLC,<br><br>Defendants. | No. CV 16-60-BU-SEH<br><br>**ORDER** |

On December 1, 2016, Defendants Nationstar Mortgage, LLC and Federal National Mortgage Association removed this action to this Court from Montana Eighteenth Judicial District Court, Gallatin County.[1] The Answer of both was filed on December 1, 2016.[2]

---

[1] Doc. 1.

[2] Docs. 1 and 2.

The Court docket contains no record of issuance of summons to or proof of service upon Defendants Mughtowne Property Co. and First American Title Company, LLC.

ORDERED:

Plaintiff forthwith shall take all steps necessary to effect service upon Defendants Mughtowne Property Co. and First American Title Company, LLC on or before March 1, 2017. Proof of such service shall be filed on or before March 15, 2017.

DATED this 4th day of January, 2017.

SAM E. HADDON
United States District Judge