IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

FILED

MAR 29 2017

Clerk, U.S. District Court
District Of Montana
Helena

|  |  |
|---|---|
| SHERI FARNHAM, as the Guardian and/or Conservator for KATHLEEN FARNHAM, an incapacitated person,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; NATIONSTAR MORTGAGE, LLC; MUGHTOWNE PROPERTY CO.; and FIRST AMERICAN TITLE COMPANY, LLC,<br><br>Defendants. | No. CV 16-60-BU-SEH<br><br>**ORDER** |

By Order of January 4, 2017, Plaintiff was to serve Defendants Mughtowne Property Co. and First American Title Company, LLC and file proof of service by March 15, 2017.

On February 27, 2017, and March 2, 2017, Affidavits of Service of Summons on Defendant Mughtowne Property Co. and First American Title

Company, LLC on February 22, 2017, were filed.[1] Answers were due on or before March 15, 2017.

As of the date of this order, no answer has been filed by either.

This case is ready to be set for preliminary pretrial conference to establish a case management plan.

ORDERED:

Plaintiff forthwith shall take all steps necessary and appropriate to either move for default of Defendants Mughtowne Property Co. and First American Title Company, LLC or to dismiss them from the case.

DATED this 29th day of March, 2017.

SAM E. HADDON
United States District Judge

---

[1] Docs. 8 and 9.